TAYLOR<br>v.<br>ROSTROP.

3a 101<br>45 281

## PETERSON v. McRAE.

Where a curator appointed to represent an absentee against whom a suit had been instituted, excepts to the jurisdiction of the court on the ground that, no property of the defendant's had been attached and no personal service of process made, the petition must be dismissed.

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J. *Peyton* and *I. W. Smith*, for the plaintiff, cited *George* v. *Fitzgerald*, 12 La. 604. *State* v. *Judge of Parish Court*, 15 La. 81. *T. R. Wolfe*, for the appellant, relied on *Dupuy* v. *Hunt*, 2 An. R. 562. The judgment of the court was pronounced by

EUSTIS, C. J. This is a suit brought against the defendant, who is a resident in the State of Mississippi. There was neither property of the defendant attached, nor personal service of process made. A curator was appointed to represent the defendant, who pleaded to the jurisdiction of the court. The plea was overruled, there was judgment for the plaintiff, and the defendant has appealed.

The decision in this case, was made by the district judge previous to that rendered by this court in *Dupuy* v. *Hunt*, 2 Annual Rep. 562. On the authority of that case, the plea of the curator ought to have been sustained.

The judgment appealed from is therefore reversed, and the plaintiff's petition dismissed, with costs in both courts.